1  BENJAMIN B. WAGNER
   United States Attorney
2  SUSAN PHAN
   IAN GARRIQUES
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, CA 93721
5  (559) 497-4000

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )     1:10-CR-100 AWI
                                  )
12                 Plaintiff,     )     PRELIMINARY ORDER OF
                                  )     FORFEITURE
13       v.                       )
                                  )
14  DANIEL AQUINO-PEREZ           )
        aka Daniel Perez Aquino,  )
15                                )
    and                           )
16                                )
    OSCAR DAVID VASQUEZ           )
17      aka Oscar David Rodas     )
        Vasquez                   )
18      aka Oscar,                )
             Defendant.           )
19  _____)

20       Based upon the plea agreement entered into between plaintiff

21  United States of America and defendants Daniel Aquino-Perez and

22  Oscar David Vasquez, it is hereby

23       ORDERED, ADJUDGED, AND DECREED as follows:

24       1.   Pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and

25  1028(b), defendants Daniel Aquino-Perez' and Oscar David Vasquez'

26  interests   in   the   following   property   shall   be   condemned   and

27  forfeited   to   the   United   States   of   America,   to   be   disposed   of

28  according to law:

PRELIMINARY ORDER OF FORFEITURE          1

a)  Kodak Easyshare Camera,
    serial number KCGJL84907584;

b)  Samsung Camera,
    serial number A249C9OS301762M;

c)  Nikon Camera, serial number 33058721;

d)  Dell Laptop, serial number FG4B761;

e)  Kingston Micro SD Card;

f)  Panasonic SD Card;

g)  Sandisk SD Card;

h)  LG Cellular Telephone,
    serial number 905KPHG3189633;

i)  Samsung Cellular Telephone,
    identification number A3LSC44340;

j)  Laminator;

k)  Swingline Paper Cutter

l)  LG Cellular Telephone, serial number
    VX5500PP; and

m)  Motorola Cellular Telephone, Model C290.

2.   The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of a violation of 18 U.S.C. §§ 371, 1028(a)(1), (a)(2), (a)(3), and (a)(5), and 1546(a).

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection/Immigration and Customs Enforcement, in its secure custody and control.

4.  a.   Pursuant to 18 U.S.C § 982(b)(1) and 18 U.S.C. § 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the

1 | United States shall publish notice of the order of forfeiture.

2 | Notice of this Order and notice of the Attorney General's (or a

3 | designee's) intent to dispose of the property in such manner as the

4 | Attorney General may direct shall be posted for at least 30

5 | consecutive days on the official internet government forfeiture

6 | site www.forfeiture.gov. The United States may also, to the extent

7 | practicable, provide direct written notice to any person known to

8 | have alleged an interest in the property that is the subject of the

9 | order of forfeiture as a substitute for published notice as to

10 | those persons so notified.

11 | b. This notice shall state that any person, other than

12 | the defendant, asserting a legal interest in the above-listed

13 | property, must file a petition with the Court within sixty (60)

14 | days from the first day of publication of the Notice of Forfeiture

15 | posted on the official government forfeiture site, or within thirty

16 | (30) days from receipt of direct written notice, whichever is

17 | earlier.

18 | 5. If a petition is timely filed, upon adjudication of all

19 | third-party interests, if any, this Court will enter a Final Order

20 | of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6), and

21 | 1028(b) in which all interests will be addressed.

22 |

23 | IT IS SO ORDERED.

24 | Dated: ____June 21, 2010____  _____

25 | CHIEF UNITED STATES DISTRICT JUDGE

26 |

27 |

28 |

PRELIMINARY ORDER OF FORFEITURE                3