```
BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
IAN GARRIQUES
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
(559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00100-AWI |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| OSCAR DAVID VASQUEZ ) <br>    aka Oscar David Rodas Vasquez ) <br>    aka Oscar, and ) <br> DANIEL AQUINO-PEREZ ) <br>    aka Daniel Perez Aquino, ) <br> Defendants. ) | |

WHEREAS, on June 21, 2010, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 18 U.S.C. § 1028(b), based upon the plea agreements entered into between plaintiff and defendants Daniel Aquino-Perez and Oscar David Vasquez, in the following property:

    a) Kodak Easyshare Camera, serial number KCGJL84907584;
    b) Samsung Camera, serial number A249C9OS302762M;
    c) Nikon Camera, serial number 33058721;
    d) Dell Laptop, serial number FG4B761;
    e) Kingston Micro SD Card;
    f) Panasonic SD Card;

   g) Sandisk SD Card;
   h) LG Cellular Telephone, serial number 905KPHG3189633;
   i) Samsung Cellular Telephone, identification number A3LSC44340;
   j) Laminator;
   k) Swingline Paper Cutter
   l) LG Cellular Telephone, serial number VX5500PP; and
   m) Motorola Cellular Telephone, Model C290.

  AND WHEREAS, beginning on July 3, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 982(a)(6)(A)(ii)(II) and 1028(b), to be disposed of according to law, including all right, title, and interest of Daniel Aquino-Perez and Oscar David Vasquez.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject

1  property until it is disposed of according to law.

3  IT IS SO ORDERED.

   Dated:     September 7, 2010                    /s/ A.K. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE                    3